

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00383-CR

Sean **LEBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 413956
Honorable Bill C. White, Judge Presiding

**O R D E R**

The reporter's record in this appeal was due September 15, 2014, but it was not filed. This court notified Kimberly LoBello by letter that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our letter directed LoBello to file the record by October 22, 2014. On October 22, LoBello filed a notification of late record, requesting an extension of time until November 3, 2014, to file the record.

We **grant** the motion, and **order** Kimberly LoBello to file the record by **November 3, 2014**. LoBello is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court